**EXHIBIT B**



**COMMONWEALTH OF PENNSYLVANIA**
**Human Relations Commission**
333 Market Street, 8th Floor
Harrisburg, PA 17126-0333
(717) 787-4410 voice
(717) 787-7279 TTY
www.phrc.state.pa.us

March 21, 2014

Andrew Harner
422 Mill Bridge Drive
Lebanon PA 17042

RE:  Andrew A. Harner v City of Lebanon
     Case No. 201204213
     EEOC No. 17F201361201

Dear Andrew Harner:

It has been one year since you filed your complaint with the Pennsylvania Human Relations Commission. This is to notify you that you now have the right to bring an action in the appropriate Pennsylvania Court of Common Pleas based on the alleged violations of the PHRAct contained in your Commission complaint. This right is provided under Section 12(c) of the Human Relations Act, 43, P.S. § 962(c).

Please be advised that you are not required to file such an action in the State Court of Common Pleas. The Commission is continuing to process your case, and we will make every effort to resolve it as soon as possible. If we are not notified otherwise, we will assume that you want the Commission to continue handling your case.

If you do file a complaint in a Court of Common Pleas, the Commission will dismiss your complaint. This means that you will be unable to have the Commission decide your case even if your complaint is dismissed in State Court because of a procedural error. Procedural errors may include filing the complaint in State Court in the wrong county or filing in State Court after your time to file has expired. For this reason, you should make every effort to assure that any complaint you file in State Court will be properly filed before you file it.

If you believe you might want to take your case to State Court, we suggest that you consult a private attorney about representing you in that action. This should be done before you file the complaint so that your attorney may advise you on the best course of action for you to take.

Should you file a complaint in State Court, you are required by Section 12(c)(2) of the Pennsylvania Human Relations Act to serve the Human Relations Commission with a copy of the Court complaint. This copy must be served on the Commission at the same time you file it in Court. The copy is to be sent to:

> Kathy Morrison, Chief Counsel
> Pennsylvania Human Relations Commission Executive Offices
> 333 Market Street, 8th Floor
> Harrisburg, PA 17126-0333

If you have any questions concerning this matter, please feel free to contact the investigator who is handling your case.

Very truly yours,

James Kayer
Director of Compliance
JK: SP   cc: Richard B. Druby