IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ANDREW A. HARNER | : |
| --- | --- |
| Plaintiff | : |
| v. | : CIVIL ACTION |
| | : NO: 1:14-cv-01980-JEJ |
| LEBANON CITY POLICE DEPARTMENT | : |
| and THE CITY OF LEBANON | : JUDGE JOHN E. JONES, III |
| | : |
| | : JURY TRIAL DEMANDED |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Richard B. Druby, Esquire, counsel for Plaintiff, hereby certify that on this date, I electronically filed the foregoing with the Clerk for the United States District Court for the Middle District of Pennsylvania using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Paola Tripodi Kaczynski, Esquire, Attorney for Defendants

Respectfully Submitted,

NESTICO DRUBY, PC

By: _____

Richard B. Druby
Attorney I.D. No. 61904
Megan C. Huff
Attorney I.D. No. 84391
1135 East Chocolate Avenue
Suite 300
Hershey, Pennsylvania 17033
Tel: (717) 533-5406
Attorneys for Plaintiff

Dated: 12/10/15