UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-3210
_____

ANDREW HARNER,
                Appellant

v.

LEBANON CITY POLICE DEPARTMENT;
THE CITY OF LEBANON

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1:14-cv-01980)
District Judge: Honorable John E. Jones, III

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on Tuesday March 7, 2017

Before:  SMITH, *Chief Judge*, HARDIMAN, and KRAUSE, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 7, 2017.  On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on June 29, 2016, be and the same is hereby AFFIRMED.  Costs to be taxed against the Appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: March 13, 2017

**Certified as a true copy and issued in lieu of a formal mandate on**   04/04/2017

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**